**DISMISS; and Opinion Filed October 11, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00986-CV

## IN RE TAYLOR MONNIG, WILLIAM HADALA, JACOB MERTEL, TMG FOUNDERS, LLC, TMGCORE MANAGER, LLC, TMGCORE, LLC, AND BITEVERST, LLC, Relators

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04238-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Before the Court are relators' petition for writ of mandamus and relators' unopposed motion to dismiss this original proceeding. We grant the motion and dismiss this original proceeding. TEX. R. APP. 42.1(a)(1).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180986F.P05